AO 442 (Rev. 5/93) Warrant for Arrest

# United States District Court
## Western District of Texas

2012 MAY -1 AM 8:56

CLERK, US DISTRICT COURT
WESTERN DISTRICT OF TEXAS
BY_____

UNITED STATES OF AMERICA

v.

Jose Ortiz

**WARRANT FOR ARREST**

CASE NUMBER:   EP-01-CR-2089-DB

To: The United States Marshal
and any Authorized United States Officer

YOU ARE HEREBY COMMANDED to arrest _____ Jose Ortiz _____
                                              Name

and bring him or her forthwith to the nearest Magistrate Judge to answer a(n)

☐ Indictment  ☐ Information  ☐ Complaint  ☒ Order of Court  ☐ Violation Notice  ☐ Probation Violation Petition

charging him or her with (brief description of offense)

see attached order

in violation of
Title _____ United States Code, Section(s) _____

William G. Putnicki                            Clerk, US District Court
Name of Issuing Officer                         Title of Issuing Officer

[signature]                                    February 28, 2002        El Paso, TX
Signature of Issuing Officer                    Date and Location

Bail fixed at
$ _____ Bond Revoked _____ by _____ US District Judge David Briones
                                       Name of Judicial Officer

| RETURN |
|---|
| This warrant was received and executed with the arrest of the above-named defendant at _____ |
| Executed by USMS |
| DATE RECEIVED | NAME AND TITLE OF ARRESTING OFFICER | SIGNATURE OF ARRESTING OFFICER |
| DATE OF ARREST | On _____ In El Paso, Texas | |