UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
EL PASO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA § | |
| § | CRIMINAL NO: |
| vs. § | EP:01-CR-02089(1)-DB |
| § | |
| (1) JOSE ORTIZ § | |

## ORDER SETTING PLEA

    IT IS HEREBY ORDERED that the above entitled and numbered case is set for **PLEA** in District Courtroom, Room 722, on the 7th Floor of the United States Courthouse, 525 Magoffin Avenue, El Paso, TX, on **Thursday, June 07, 2012 at 09:30 AM**.

    IT IS FURTHER ORDERED that the Clerk of Court shall send a copy of this order to counsel for defendant, the United States Attorney, United States Pretrial Services and the United States Probation Office. Counsel for the defendant shall notify the defendant of this setting and, if the defendant is on bond, advise the defendant to be present at this proceeding.

    IT IS SO ORDERED this 7th day of May, 2012.

_____
DAVID BRIONES
SENIOR U. S. DISTRICT JUDGE