IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
EL PASO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | § |
| | § |
| v. | §    EP-01-CR-2089-DB |
| | § |
| JOSE ORTIZ | § |

### ORDER

On this day, the Court considered Defendant Jose Ortiz's "Motion for Substitution of Counsel," filed in the above-captioned cause May 22, 2012. Therein, Defendant petitions the Court to permit Attorney Randolph J. Ortega to substitute for Attorney Darren L. Ligon as his counsel of record.

After due consideration, the Court finds that Defendant's Motion should be granted and that the following orders should enter:

**IT IS HEREBY ORDERED** that Defendant Jose Ortiz's "Motion for Substitution of Counsel" is **GRANTED**.

**IT IS FURTHER ORDERED** that Attorney Darren L. Ligon is **WITHDRAWN** as counsel of record for Defendant Jose Ortiz.

**IT IS FINALLY ORDERED** that Attorney Randolph J. Ortega is **SUBSTITUTED** as counsel of record for Defendant Jose Ortiz.

**SIGNED** this **23rd** day of **May 2012**.

_____
THE HONORABLE DAVID BRIONES
SENIOR UNITED STATES DISTRICT JUDGE